# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | FILED |
| v. | AUG 28 2014 |
| | CR NO: |
| TRACY MCARTHUR HARRIS, aka Trey Harris, | CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK |
| Defendant. | 1:14 CR 00190 AWI BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum  ☐ Ad Testificandum

Name of Detainee: Tracy McArthur Harris
Detained at: Beaumont Low FCI

Detainee is:
a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: 18 USC § 371; 18 USC § 1791(a)(2) (2 Counts)

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH] in the Eastern District of California.*

Signature: *Karen Escobar*
Printed Name & Phone No: Karen A. Escobar, 559-497-4094
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: August 28, 2014

*Sheila K. Oberto*
Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Trey Harris | ☒ Male  ☐ Female | |
| Booking or CDC #: | 32064-051 | DOB: | 12-26-1972 |
| Facility Address: | 5560 Knauth Rd., Beaumont, TX | Race: | African American |
| Facility Phone: | 409-727-8172 | FBI#: | 380668CB8 |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____  _____
(signature)