BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>TRACY McARTHUR HARRIS,<br><br>                    Defendant. | CASE NO. 1:14-cr-00190-AWI-BAM-2<br><br>STIPULATION AND ORDER REGARDING ADVANCEMENT |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, May 11, 2015, at 1:00 p.m.

2. By this stipulation, the parties move to advance the matter as to this defendant only to Monday, May 4, 2015, at 10:00 a.m. for a change of plea.

////

////

1

IT IS SO STIPULATED.

DATED:      April 25, 2015.          Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

*/s/ Karen A. Escobar*
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:      April 25, 2015.          */s/ Phillip H Cherney*
PHILLIP H. CHERNEY
Counsel for Defendant Tracy McArthur Harris

## **O R D E R**

The status conference currently set for May 11, 2015, before Magistrate Judge Barbara A. McAuliffe is VACATED, and a change of plea hearing is set for May 4, 2015, at 10:00am in Courtroom 2 before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   April 28, 2015

SENIOR DISTRICT JUDGE

2